MDS Land Surveyors
729B Sidney Baker
Kerrville, YX 78028

Yen Nawi's Kiapani'k (Juan Benito Mancias)
1250 Roemer Land Unit C
Floresville, TX 78114

By the authority of the federal common law of land possessory claim I, Yen Nawi's Kiapani'k (Juan Benito Mancias), Carrizo Comecrudo Tribe of Texas, Esto'k Gna, am demanding you cease and desist your actions. This is to inform MDS Land Surveyors 729B Sidney Baker Kerrville, TX 78028 and 8 Spencer Rd. Boerne, TX 78006 that they immediately cease and desist any and all actions of preparation and construction at the following locations:

North Highway 281 Military Hwy along the Rio Grande River, West Veterans Blvd. to East bound Hwy 281 ending a mile East of Stewart Road in the County of Hidalgo in State of Texas, and

The County of Hidalgo, Texas, in its entirety.

You are being asked to desist the following actions: surveying, marking, digging, dredging, etc. on and around the canal, levees, and roads in the above stated areas of land and water.

In addition, we are demanding this due to the fact that there are bothersome Sacred sites and Burial sites of my Tribe – the Carrizo Comecrudo Tribe of Texas, Esto'k Gna, in this County, including the Eli Jackson Historical Cemetery.

There is abundant traditional plant life used in my Tribe's traditional everyday living and ceremonies which would be disturbed and/or destroyed, along with wildlife, birds, insects, etc.

I declare, under the penalty of perjury, that the foregoing statement is true and correct to the best of my knowledge.

_Yen Nawi's Kiapain'k_ (Juan Benito Mancias)

Yen Nawi's Kiapain'k (Juan Benito Mancias)

cc: Southwest Drilling
5712 Alton St., 4030 N. FM 492
Mission, TX 78574
956-227-3817