**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   MOS Land Surveyors
   729 B Sidney Baker
   Kerrville, TX
   78028

9590 9402 5171 9122 9773 13

Article Number (Transfer from service label)
7019 0700 0000 7792 8351

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ✗ [signature]
☑ Agent
☐ Addressee

B. Received by (Printed Name)
Thomas Alred

C. Date of Delivery
10/30

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt