

&&RPCourt Name: USDC - SDTX
Division: 7
Receipt Number: MCA022979
Cashier ID: omaro
Transaction Date: 10/29/2020
Payer Name: JUAN BENITO MACIAS
----------------------------------------
CIVIL FILING FEE
 For: JUAN BENITO MACIAS
 Case/Party: D-TXS-7-19-MC-001909-001
 Amount:$400.00
----------------------------------------
MONEY ORDER
 Check/Money Order Num: 20830388321
 Amt Tendered:$400.00
----------------------------------------
Total Due:$400.00
Total Tendered:$400.00
Change Amt:$0.00


A fee of $53.00 will be charged on
any returned negotiable instrument.