United States District Court
Southern District of Texas
**ENTERED**
April 01, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JUAN BENITO MANCIAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:20-CV-00349 |
| | § | |
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL WITHOUT PREJUDICE

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff Juan Benito Mancias's action against U.S. Customs and Border Protection and the U.S. Department of Homeland Security. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Alanis's Report and Recommendation entered as Docket Entry No. 23 are hereby adopted by this Court.

FURTHER, the Court, having adopted the conclusions of the Report and Recommendation of United States Magistrate Judge Alanis, is of the opinion that Plaintiff's Amended Complaint be **DISMISSED WITHOUT PREJUDICE.**

The Clerk shall send a copy of this Order to the Plaintiff and counsel for Defendants.

SO ORDERED April 1, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge